In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-164 CV


____________________



R. L. RANDOLPH AND PATRICIA RANDOLPH, Appellants



V.



PILGRIMS PRIDE, INC., Appellee






On Appeal from the 159th District Court


Angelina County, Texas


Trial Cause No. CV-37314-04-04






MEMORANDUM OPINION


 On June 23, 2005, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellants
explained why they needed time for filing the record. Appellants did not respond. The
appellants are not entitled to proceed without payment of costs. Tex. R. App. P. 20.1. 
There being no satisfactory explanation for the failure to file the record, the appeal is
dismissed for want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against
appellants.

 APPEAL DISMISSED.

 __________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered August 25, 2005

Before McKeithen, C.J., Kreger and Horton, JJ.